UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                      21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

DAVID PEREZ-ZAPATOS,                                          08CV2686(AKH)

                                    Plaintiff(s),        **NOTICE OF APPEARANCE**

            -against-

80 LAFAYETTE ASSOCIATES  LLC, et al.,

                                    Defendants.

        **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel

for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-

captioned action and all future correspondence and papers filed or serviced in connection with

the above-captioned action are to be directed to the undersigned.

Dated:     New York, New York
           April 24, 2008

                                        Yours etc.,

                                        HARRIS BEACH PLLC
                                        *Attorneys for Defendant*
                                        **CENTURY 21, INC., BLUE**
                                        **MILLENNIUM REALTY LLC**


                                        _____/s/_____
                                        Stanley Goos, Esq. (SG-7062)
                                        100 Wall Street
                                        New York, NY  10005
                                        212 687-0100
                                        212 687-0659 (Fax)

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on April 24, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.    Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)