UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE WORLD TRADE CENTER                                        21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

_____

DAVID PEREZ-ZAPATOS,                                           08CV2686(AKH)

                              Plaintiff(s),        **NOTICE OF APPEARANCE**

          -against-

80 LAFAYETTE ASSOCIATES  LLC, et al.,

                              Defendants.
_____

   **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel

for Defendants **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC,**

**MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS**

**IN COMMON ("MAYORE ESTATES/80 LAFAYETTE") for the building located at 22**

**Cortlandt Street (Subcellar Floors 1, 2, 3 and Floors 1, 2, 3), New York, New York 10007**,

in the above-captioned action and all future correspondence and papers filed or serviced in

connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
          April 26, 2008

                                        Yours etc.,

                                        HARRIS BEACH PLLC
                                        *Attorneys for Defendant*
                                        **MAYORE     ESTATES     LLC,     80**
                                        **LAFAYETTE     ASSOCIATES     LLC,**
                                        **MAYORE   ESTATES   LLC,   and   80**
                                        **LAFAYETTE   ASSOCIATION   LLC,   AS**
                                        **TENANTS IN COMMON**


                                        _____/s/_____
                                        Stanley Goos, Esq. (SG-7062)

100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on April 26, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.      Notice of Appearance (of Defendants Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, and 80 Lafayette Association LLC, As Tenants in Common.

Dated: April 26, 2008


                                              /s/
                                   Stanley Goos, Esq. (SG 7062)