William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION            21 MC 102 (AKH)

————————————————————X

DAVID PEREZ-ZAPATOS

                                                        **NOTICE OF**
V.                                                      **ADOPTION**

80 LAFAYETTE ASSOCIATES, LLC, ET. AL.,

                                                        CASE NUMBER: (AKH)
                                                        08 CV 2686

————————————————————X

PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co.

LLC f/k/a BFP One Liberty Plaza Co. LLC, Brookfield Financial Properties, Inc.,

Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a

WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A

Co. GP Corp., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., BFP Tower C Co.

LLC, BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the "Brookfield

Parties"), as and for their responses to the allegations set forth in the Complaint by

Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above

referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint,

dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower

Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
    May   __6__   2008

                    Faust, Goetz, Schenker & Blee, LLP

                    By: William J. Smith (WJS-9137)
                    Attorneys for the Brookfield Parties
                    Two Rector Street, 20th Floor
                    New York, NY 10006
                    (212) 363-6900